UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

DEWITT, SHAWN ERIN ) CASE NO. 18-05981-RLM-7

Debtor.

## NOTICE OF POSSIBLE ASSETS AND
## NOTICE OF ABANDONMENT OF PROPERTY

Paul D. Gresk, in his capacity as the Chapter 7 trustee of this bankruptcy proceeding, hereby notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk's office is requested to issue a Notice of Last Day to File Claims pursuant to Bankruptcy Rule 3002 (c) (5).

NOTICE IS HEREBY GIVEN that all scheduled assets will be abandoned from the estate EXCEPT **Debtor's nonexempt interest in 216/365ths of his FY 2018 federal and state tax refunds.**

DATE:  11/12/2018

/s/ Paul D. Gresk
Paul D. Gresk, the Chapter 7 trustee
150 East 10th Street
Indianapolis, IN 46204
Phone: (317)237-7911
Fax: (317)237-7912
Email: bankruptcy@gslawindy.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been served upon the below listed party by either electronic mail and/or U.S. mail, postage prepaid on the date upon filing with the United States Bankruptcy Court.

**Jonathon Matthew Berbari**
Jon.Berbari@ilsi.net

**U.S. Trustee**
ustpregion10.in.ecf@usdoj.gov

/s/ Paul D. Gresk
Paul D. Gresk